**Michael D. ETZCORN, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

**No. WD 69542.**

Missouri Court of Appeals,
Western District.

Jan. 20, 2009.

Thais A. Folta, Jefferson City, MO, for appellant.

Jeffrey S. Eastman, Gladstone, MO, for respondent.

Before DIV I: HOLLIGER [1], P.J., HOWARD and HARDWICK, JJ.

Judge Holliger retired from the court.

## ORDER

PER CURIAM.

The Director of Revenue appeals from the judgment setting aside the revocation of Michael Etzcorn's driving privileges. For reasons explained in a Memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).